UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910
Attorney for Debtor(s)

Order Filed on November 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Luis A. & Maria A. Rodriguez

Case Number: 16-29409

Hearing Date: 

Judge: RG

Chapter: 13

Recommended Local Form:  ☑ Followed    ☐ Modified

## ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 8, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒   Granted.  The deadline to file schedules is extended to __November 18, 2016__.

☐   Denied.

*Rev. 7/1/04; jml*