Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  16−29409−RG
                        Chapter:  13
                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Alberto Rodriguez                         Maria Auxiliadora Rodriguez
   29 Madison Avenue                              29 Madison Avenue
   Paterson, NJ 07524                              Paterson, NJ 07524

Social Security No.:
   xxx−xx−6957                                          xxx−xx−9361

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:                  12/21/16
Time:                 09:00 AM
Location:           Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 29, 2016
JJW: smz

                                                                      James J. Waldron
                                                                      Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                            Case No. 16-29409-RG
Luis Alberto Rodriguez                                            Chapter 13
Maria Auxiliadora Rodriguez
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 1                Date Rcvd: Nov 29, 2016
                               Form ID: 132                Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2016.
db/jdb        +Luis Alberto Rodriguez,    Maria Auxiliadora Rodriguez,    29 Madison Avenue,
                Paterson, NJ 07524-1311
516510451      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
516440890     +Amerifinancial Solutio,    Po Box 7,    Vassar, MI 48768-0007
516440891    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,    Po Box 85015,    Richmond, VA 23285)
516440892     +FIA Card Services NA,    Zwicker & Associates, PC,    1101 Laurel Oak Road,
                Voorhees, NJ 08043-4322
516440893     +FIA Card Services, NA,    Goldman & Warshaw, PC,    34 Maple Avenue, Suite 101,
                Pine Brook, NJ 07058-9394
516440895     +FIA Card Services, NA,    Nudelman, Klemm & Golub, PC,    425 Eagle Rock Avenue,
                Roseland, NJ 07068-1787
516440894     +FIA Card Services, NA,    Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
516440896     +LVNV Funding, LLC,    Faloni & Associates,    165 Passaic Avenue, Suite 301B,
                Fairfield, NJ 07004-3592
516440897     +Midland Funding, LLC,    Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516440898     +PYOD, LLC,    Faloni & Associates,    165 Passaic Avenue, Suite 301B,    Fairfield, NJ 07004-3592

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 29 2016 23:15:26     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 29 2016 23:15:24     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516444980     +E-mail/Text: bankruptcy@cavps.com Nov 29 2016 23:15:39     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:
          Dean G. Sutton    on behalf of Joint Debtor Maria Auxiliadora Rodriguez dgs123@ptd.net
          Dean G. Sutton    on behalf of Debtor Luis Alberto Rodriguez dgs123@ptd.net
          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Tammy L. Terrell    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for
           DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH
           MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
                                                                                              TOTAL: 5
```