# FEIN SUCH
### FEIN, SUCH, KAHN & SHEPARD, P.C.
### ATTORNEYS AT LAW

7 Century Drive, Suite 201
Parsippany, NJ 07054
Telephone: 973-538-4700
Facsimile: 973-538-8234

December 14, 2016

HONORABLE ROSEMARY GAMBARDELLA
UNITED STATES BANKRUPTCY JUDGE
DISTRICT OF NEW JERSEY
MARTIN LUTHER KING, JR. FEDERAL BUILDING
50 WALNUT STREET
NEWARK, NJ 07102


RE:  **SELECT PORTFOLIO vs. LUIS RODRIGUEZ AND MARIA AUXILIADORA RODRIGUEZ**
    Case No. 16-29409 RG
    File No. SPS665

Dear Honorable Rosemary Gambardella:

    Select Portfolio Servicing, Inc.("Secured Creditor" herein) holds a mortgage on Debtor's property which is located at 10 Cedar Ridge Drive, Vernon Township, New Jersey 07462. Debtors' Chapter 13 Plan (docket no. 15) failed to list Secured Creditor.

    Correspondence with Debtors' counsel revealed that the encumbered property was sold at Sheriff Sale in June 2015. We have been unable to verify the Sale with Secured Creditor and therefore request additional time to verify the encumbered property was in fact sold at Sheriff Sale and request additional time to file an objection if necessary.


Respectfully Submitted,
Fein, Such, Kahn & Shepard, P.C.


By: JILL A. MANZO

Enclosure

cc:  MARIE-ANN GREENBERG - Trustee via Electronic Service
     DEAN SUTTON- Debtor(s)' Attorney