| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>DS-1910<br>Attorney for the Debtor(s) |
|---|
| In Re:<br><br>Luis A. & Maria A. Rodriguez |

**FILED**
JEANNE A. NAUGHTON, CLERK
FEB 28 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.:  16-29409/RG

Chapter:  13

Hearing Date:  February 15, 2017

Judge:  RG

## ORDER EXPUNGING PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

2-28-17

Page 2
Debtor: Luis A. & Maria A. Rodriguez
Case No. Case No. 16-29409/RG
Caption of Order: Order Expunging Proof of Claim

This matter having been opened to the Court by Dean G. Sutton, Esq., attorney for the Debtors and Dean G. Sutton having appeared on the behalf of the Debtors and good cause having been shown;

It is ORDERED, that the Proof of Claim designated as Claim No. 1-1 on the Court's Claim Register filed on October 13, 2016 in the amount of $10,986.90 by Cavalry SPV, LLC as assignee of TD Auto Finance/Chrysler Financial ("Claimant"), is expunged; and it is further

ORDERED, that Claimant shall pay the sum of $750.00 Debtor's counsel within 20 days of the date of service of this Order; and it is further

ORDERED, that the Debtors right to file an Adversary Proceeding against Claimant for violation of the Fair Debt Collection Practices Act are preserved pending the outcome of the decision of the United States Supreme Court in the case of <u>Midland v. Johnson</u>.