| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>DS-1910<br>Attorney for the Debtor(s) | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>FEB 28 2017<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>Luis A. & Maria A. Rodriguez | Case No.: 16-29409/RG<br><br>Chapter: 13<br><br>Hearing Date: February 15, 2017<br><br>Judge: RG |

## ORDER EXPUNGING PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

2-28-17

Page 2
Debtor: Luis A. & Maria A. Rodriguez
Case No. Case No. 16-29409/RG
Caption of Order: Order Expunging Proof of Claim

This matter having been opened to the Court by Dean G. Sutton, Esq., attorney for the Debtors and Dean G. Sutton having appeared on the behalf of the Debtors and good cause having been shown;

It is ORDERED, that the Proof of Claim designated as Claim No. 1-1 on the Court's Claim Register filed on October 13, 2016 in the amount of $10,986.90 by Cavalry SPV, LLC as assignee of TD Auto Finance/Chrysler Financial ("Claimant"), is expunged; and it is further

ORDERED, that Claimant shall pay the sum of $750.00 Debtor's counsel within 20 days of the date of service of this Order; and it is further

ORDERED, that the Debtors right to file an Adversary Proceeding against Claimant for violation of the Fair Debt Collection Practices Act are preserved pending the outcome of the decision of the United States Supreme Court in the case of Midland v. Johnson.

United States Bankruptcy Court
District of New Jersey

In re:  
Luis Alberto Rodriguez  
Maria Auxiliadora Rodriguez  
     Debtors

Case No. 16-29409-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 01, 2017  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2017.  
db/jdb      +Luis Alberto Rodriguez,   Maria Auxiliadora Rodriguez,   29 Madison Avenue,   Paterson, NJ 07524-1311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2017 at the address(es) listed below:  
         Dean G. Sutton     on behalf of Joint Debtor Maria Auxiliadora Rodriguez dgs123@ptd.net  
         Dean G. Sutton     on behalf of Debtor Luis Alberto Rodriguez dgs123@ptd.net  
         Denise E. Carlon     on behalf of Creditor     NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jill Manzo     on behalf of Creditor     SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Tammy L. Terrell     on behalf of Creditor     SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com  
                                                                                                                                               TOTAL: 6