UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
SELECT PORTFOLIO SERVICING, INC., as servicer forDEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, SERIES 2006-11
JILL A. MANZO, ESQ.
SPS665
bankruptcy@feinsuch.com

In Re:

LUIS ALBERTO RODRIGUEZ and
MARIA AUXILIADORA RODRIGUEZ

Debtor(s).

FILED
JEANNE A. NAUGHTON, CLERK
MAR 7 - 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 16-29409 RG

Hearing Date: March 7, 2017

Judge: HONORABLE ROSEMARY GAMBARDELLA

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED.**

3-7-17    /s/ Rosemary Gambardella
          U.S.B.J.

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, SELECT PORTFOLIO SERVICING, INC., as servicer forDEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, SERIES 2006-11, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

<u>10 CEDAR RIDGE DR, VERNON TOWNSHIP, NJ 07462.</u>

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.