UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910
Attorney for the Debtor(s)

**Order Filed on April 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Luis A. & Maria A. Rodriguez

Case No.:   16-29409/RG

Chapter:    13

Hearing Date:   April 19, 2017

Judge:   RG

## ORDER EXPUNGING PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: April 26, 2017

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:  Luis A. & Maria A. Rodriguez
Case No. Case No. 16-29409/RG
Caption of Order: Order Expunging Proof of Claim


    This matter having been opened to the Court by Dean G. Sutton,

Esq., attorney for the Debtors and Dean G. Sutton having appeared

on the behalf of the Debtors and good cause having been shown;


    It is ORDERED, that the Proof of Claim designated as Claim

No. 3-1 on the Court's Claim Register filed on November 21, 2016

in the amount of $940.14 on behalf of American Express Centurion

Bank, is expunged; and it is further


    ORDERED, that the Debtors right to file an Adversary

Proceeding against Claimant for violation of the Fair Debt

Collection Practices Act are preserved pending the outcome of the

decision of the United States Supreme Court in the case of

<u>Midland v. Johnson</u>.