| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>DS-1910<br>Attorney for the Debtor(s) | Order Filed on April 26, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Luis A. & Maria A. Rodriguez | Case No.: 16-29409/RG<br><br>Chapter: 13<br><br>Hearing Date: April 19, 2017<br><br>Judge: RG |

ORDER EXPUNGING PROOF OF CLAIM

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 26, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:  Luis A. & Maria A. Rodriguez
Case No. Case No. 16-29409/RG
Caption of Order: Order Expunging Proof of Claim

    This matter having been opened to the Court by Dean G. Sutton, Esq., attorney for the Debtors and Dean G. Sutton having appeared on the behalf of the Debtors and good cause having been shown;

    It is ORDERED, that the Proof of Claim designated as Claim No. 7-1 on the Court's Claim Register filed on January 6, 2017 in the amount of $1,068.68 on behalf of Bank of America, NA, is expunged; and it is further

    ORDERED, that the Debtors right to file an Adversary Proceeding against Claimant for violation of the Fair Debt Collection Practices Act are preserved pending the outcome of the decision of the United States Supreme Court in the case of <u>Midland v. Johnson</u>.