UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910
Attorney for the Debtor(s)

Order Filed on April 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Luis A. & Maria A. Rodriguez

Case No.:   16-29409/RG

Chapter:    13

Hearing Date:   April 19, 2017

Judge:   RG

## ORDER EXPUNGING PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 26, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:  Luis A. & Maria A. Rodriguez
Case No. Case No. 16-29409/RG
Caption of Order: Order Expunging Proof of Claim

 This matter having been opened to the Court by Dean G. Sutton, Esq., attorney for the Debtors and Dean G. Sutton having appeared on the behalf of the Debtors and good cause having been shown;

 It is ORDERED, that the Proof of Claim designated as Claim No. 3-1 on the Court's Claim Register filed on November 21, 2016 in the amount of $940.14 on behalf of American Express Centurion Bank, is expunged; and it is further

 ORDERED, that the Debtors right to file an Adversary Proceeding against Claimant for violation of the Fair Debt Collection Practices Act are preserved pending the outcome of the decision of the United States Supreme Court in the case of <u>Midland v. Johnson</u>.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-29409-RG
Luis Alberto Rodriguez                                                Chapter 13
Maria Auxiliadora Rodriguez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 27, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.
db/jdb         +Luis Alberto Rodriguez,    Maria Auxiliadora Rodriguez,    29 Madison Avenue,
                 Paterson, NJ 07524-1311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:
          Dean G. Sutton    on behalf of Joint Debtor Maria Auxiliadora Rodriguez dgs123@ptd.net
          Dean G. Sutton    on behalf of Debtor Luis Alberto Rodriguez dgs123@ptd.net
          Denise E. Carlon    on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jill Manzo    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE
           BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE
           LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Tammy L. Terrell    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC., as servicer for
           DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH
           MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
                                                                                             TOTAL: 6