Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−29409−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Luis Alberto Rodriguez | Maria Auxiliadora Rodriguez |
| 29 Madison Avenue | 29 Madison Avenue |
| Paterson, NJ 07524 | Paterson, NJ 07524 |

Social Security No.:
   xxx−xx−6957                                    xxx−xx−9361

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      6/6/17
Time:      10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Dean G. Sutton
Debtor's Attorney

COMMISSION OR FEES
$9,065.00

EXPENSES
$377.99

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: May 4, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-29409-RG
Luis Alberto Rodriguez                                                  Chapter 13
Maria Auxiliadora Rodriguez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 04, 2017
                              Form ID: 137             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db/jdb         +Luis Alberto Rodriguez,   Maria Auxiliadora Rodriguez,   29 Madison Avenue,
                 Paterson, NJ 07524-1311
cr             +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
516510451       American Express Centurion Bank,   c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516440890      +Amerifinancial Solutio,   Po Box 7,   Vassar, MI 48768-0007
516583783       Bank of America, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
516440891     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,   Po Box 85015,   Richmond, VA 23285)
516440892      +FIA Card Services NA,   Zwicker & Associates, PC,   1101 Laurel Oak Road,
                 Voorhees, NJ 08043-4322
516440894      +FIA Card Services, NA,   Forster, Garbus & Garbus,   7 Banta Place,   Hackensack, NJ 07601-5604
516440893      +FIA Card Services, NA,   Goldman & Warshaw, PC,   34 Maple Avenue, Suite 101,
                 Pine Brook, NJ 07058-9394
516440895      +FIA Card Services, NA,   Nudelman, Klemm & Golub, PC,   425 Eagle Rock Avenue,
                 Roseland, NJ 07068-1787
516440896      +LVNV Funding, LLC,   Faloni & Associates,   165 Passaic Avenue, Suite 301B,
                 Fairfield, NJ 07004-3592
516440897      +Midland Funding, LLC,   Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516662796     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,   Attn: Bankruptcy Dept.,
                 P.O. Box 619096,   Dallas, TX 75261-9741)
516440898      +PYOD, LLC,   Faloni & Associates,   165 Passaic Avenue, Suite 301B,   Fairfield, NJ 07004-3592
516669531       SELECT PORTFOLIO SERVICING, INC.,   P.O. BOX 65250,   SALT LAKE CITY, UT 84165-0250
516548108      +TD Retail Card Services,   c/o Creditors Bankruptcy Service,   P O Box 800849,
                 Dallas, TX 75380-0849
516692902       US Department of Education,   P O Box 16448,   Saint Paul MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 04 2017 22:01:07      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2017 22:01:06      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516444980      +E-mail/Text: bankruptcy@cavps.com May 04 2017 22:01:18      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
516580542      +E-mail/PDF: resurgentbknotifications@resurgent.com May 04 2017 22:04:31
                 PYOD, LLC its successors and assigns as assignee,   of Citibank (South Dakota), N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
516665295      +E-mail/PDF: gecsedi@recoverycorp.com May 04 2017 22:04:41      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: May 04, 2017
                              Form ID: 137             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
              Dean G. Sutton    on behalf of Joint Debtor Maria Auxiliadora Rodriguez dgs123@ptd.net
              Dean G. Sutton    on behalf of Debtor Luis Alberto Rodriguez dgs123@ptd.net
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE
               LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Tammy L. Terrell    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for
               DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH
               MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
                                                                                              TOTAL: 6
```