Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.: 16−29409−RG
                                Chapter: 13
                                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Alberto Rodriguez                             Maria Auxiliadora Rodriguez
   29 Madison Avenue                                  29 Madison Avenue
   Paterson, NJ 07524                                  Paterson, NJ 07524

Social Security No.:
   xxx−xx−6957                                             xxx−xx−9361

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/7/17 at 10:30 AM

to consider and act upon the following:

**55** − Application for Compensation for Dean G. Sutton, Debtor's Attorney, period: 5/20/2016 to 4/18/2017, fee: $9,065.00, expenses: $377.99. Filed by Dean G. Sutton. Hearing scheduled for 6/6/2017 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Sutton, Dean)

Dated: 5/10/17

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court