Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−29409−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Luis Alberto Rodriguez
29 Madison Avenue
Paterson, NJ 07524

Maria Auxiliadora Rodriguez
29 Madison Avenue
Paterson, NJ 07524

Social Security No.:
xxx−xx−6957

xxx−xx−9361

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/7/17 at 10:30 AM

to consider and act upon the following:

**55** − Application for Compensation for Dean G. Sutton, Debtor's Attorney, period: 5/20/2016 to 4/18/2017, fee: $9,065.00, expenses: $377.99. Filed by Dean G. Sutton. Hearing scheduled for 6/6/2017 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Sutton, Dean)

Dated: 5/10/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Luis Alberto Rodriguez  
Maria Auxiliadora Rodriguez  
       Debtors

Case No. 16-29409-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin                Page 1 of 1      Date Rcvd: May 10, 2017
                     Form ID: ntchrgbk      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.
```
db/jdb       +Luis Alberto Rodriguez,    Maria Auxiliadora Rodriguez,    29 Madison Avenue,
               Paterson, NJ 07524-1311
cr           +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:
```
              Dean G. Sutton    on behalf of Joint Debtor Maria Auxiliadora Rodriguez dgs123@ptd.net
              Dean G. Sutton    on behalf of Debtor Luis Alberto Rodriguez dgs123@ptd.net
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE
               LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Tammy L. Terrell    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for
               DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH
               MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
                                                                                             TOTAL: 6
```