Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−29409−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Luis Alberto Rodriguez
29 Madison Avenue
Paterson, NJ 07524

Maria Auxiliadora Rodriguez
29 Madison Avenue
Paterson, NJ 07524

Social Security No.:
   xxx−xx−6957
   xxx−xx−9361

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/22/16 and a confirmation hearing on such Plan has been scheduled for 12/21/16 @ 9:00 a.m..

The debtor filed a Modified Plan on 5/18/17 and a confirmation hearing on the Modified Plan is scheduled for 6/7/17 @ 9:00 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 19, 2017
JAN: smz

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                         Case No. 16-29409-RG
Luis Alberto Rodriguez                                         Chapter 13
Maria Auxiliadora Rodriguez
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2             Date Rcvd: May 19, 2017
                              Form ID: 186             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db/jdb         +Luis Alberto Rodriguez,    Maria Auxiliadora Rodriguez,    29 Madison Avenue,
                 Paterson, NJ 07524-1311
cr             +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516510451       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516440890      +Amerifinancial Solutio,    Po Box 7,    Vassar, MI 48768-0007
516583783       Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516440891     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,     Po Box 85015,    Richmond, VA 23285)
516440892      +FIA Card Services NA,    Zwicker & Associates, PC,    1101 Laurel Oak Road,
                 Voorhees, NJ 08043-4322
516440893      +FIA Card Services, NA,    Goldman & Warshaw, PC,    34 Maple Avenue, Suite 101,
                 Pine Brook, NJ 07058-9394
516440895      +FIA Card Services, NA,    Nudelman, Klemm & Golub, PC,    425 Eagle Rock Avenue,
                 Roseland, NJ 07068-1787
516440894      +FIA Card Services, NA,    Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
516440896      +LVNV Funding, LLC,    Faloni & Associates,    165 Passaic Avenue, Suite 301B,
                 Fairfield, NJ 07004-3592
516440897      +Midland Funding, LLC,    Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516662796     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     Attn: Bankruptcy Dept.,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
516440898      +PYOD, LLC,    Faloni & Associates,    165 Passaic Avenue, Suite 301B,    Fairfield, NJ 07004-3592
516669531       SELECT PORTFOLIO SERVICING, INC.,    P.O. BOX 65250,    SALT LAKE CITY, UT 84165-0250
516833209      +Select Portfolio Servicing, Inc.,    as servicer for Deutsche Bank National,
                 Fein, Such, Kahn & Shepard,    7 Century Road, Suite 201,    Parsippany NJ 07054-4673
516548108      +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                 Dallas, TX 75380-0849
516692902       US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 19 2017 22:15:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2017 22:15:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516444980      +E-mail/Text: bankruptcy@cavps.com May 19 2017 22:15:19      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516580542      +E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2017 22:06:36
                 PYOD, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
516665295      +E-mail/PDF: gecsedi@recoverycorp.com May 19 2017 22:06:48      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin               Page 2 of 2                Date Rcvd: May 19, 2017
                                  Form ID: 186              Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
```
              Dean G. Sutton     on behalf of Joint Debtor Maria Auxiliadora Rodriguez dgs123@ptd.net
              Dean G. Sutton     on behalf of Debtor Luis Alberto Rodriguez dgs123@ptd.net
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo     on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE
               LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Tammy L. Terrell    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for
               DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH
               MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
                                                                                             TOTAL: 6
```