UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910

Order Filed on June 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Luis A. & Maria A. Rodriguez

Case No.  16-29409/RG

Chapter:   13

Hearing Date:   June 6, 2017
                @ 10:00 am

Judge:   RG

### ORDER FOR ALLOWANCE TO ATTORNEY FOR DEBTOR(S)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 15, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:   Luis A. & Maria A. Rodriguez
Case No. 16-29409/RG
Caption of Order: Order for Allowance to Attorney For Debtor(s)

Dean G. Sutton, Esquire, attorney for the Debtor(s) having made this Allowance to Attorney for the Debtor(s) and having shown just cause;

It is ORDERED, that Dean G. Sutton, Esquire, attorney for the Debtor(s) be allowed a fee in the amount of $9,065.00, and Reimbursement of Expenses in the amount of $377.99.  Against this amount shall be credited the sum of $1,132.00 already received.  Any sums hereto uncollected to be paid in accordance with 11 U.S.C. 1326 and 11 U.S.C. 503(b), and it is further

ORDERED, that the above allowed fee be paid to Dean G. Sutton, Esquire through the chapter 13 plan as an administrative priority.