

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>DS-1910<br>Attorney for the Debtor(s) | Order Filed on June 15, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Luis A. & Maria A. Rodriguez | Case No.:   16-29409/RG<br><br>Chapter:    13<br><br>Hearing Date:  June 7, 2017<br><br>Judge:  RG |

CONSENT ORDER RESOLVING MOTION TO EXPUNGE PROOF OF CLAIM
OF THE US DEPARTMENT OF EDUCATION

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 15, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:  Luis A. & Maria A. Rodriguez
Case No. Case No. 16-29409/RG
Caption of Order: Consent Order Resolving Motion to Expunge
                  Proof of Claim of the US Department of Education

This matter having been opened to the Court by way of Motion to Expunge the Claim of the U.S. Department of Education, by Debtor's Counsel, Dean G. Sutton, Esq., and the U.S. Department of Education having been represented by Eamonn O'Hagan, Esq., (USANJ), and the parties having amicably resolved this matter, and the claim having been filed in error, and having been withdrawn, and it being acknowledged that the Debtor does not have any liability to the U.S. Department of Education,

It is ORDERED, that the U.S. Department of Education has no claim against the Debtor.

We hereby agree to the terms of the above Consent Order:

Dean G. Sutton, Esquire
*Attorney for Debtor*

By: /s/Dean G. Sutton_____
    Dean G. Sutton, Esquire            Dated: 06/09/2017

Eamonn O'Hagan, Esquire (USANJ)
*Counsel for U.S. Department of Education*

By:/s/Eamonn O'Hagan _____
    Eamonn O'Hagan, Esquire (USANJ)    Dated: 06/08/2017