| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>DS-1910<br>Attorney for the Debtor(s) | Order Filed on June 15, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Luis A. & Maria A. Rodriguez | Case No.: 16-29409/RG<br><br>Chapter: 13<br><br>Hearing Date: June 7, 2017<br><br>Judge: RG |

CONSENT ORDER RESOLVING MOTION TO EXPUNGE PROOF OF CLAIM
OF THE US DEPARTMENT OF EDUCATION

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 15, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Luis A. & Maria A. Rodriguez
Case No. Case No. 16-29409/RG
Caption of Order: Consent Order Resolving Motion to Expunge
Proof of Claim of the US Department of Education

This matter having been opened to the Court by way of Motion to Expunge the Claim of the U.S. Department of Education, by Debtor's Counsel, Dean G. Sutton, Esq., and the U.S. Department of Education having been represented by Eamonn O'Hagan, Esq., (USANJ), and the parties having amicably resolved this matter, and the claim having been filed in error, and having been withdrawn, and it being acknowledged that the Debtor does not have any liability to the U.S. Department of Education,

It is ORDERED, that the U.S. Department of Education has no claim against the Debtor.

We hereby agree to the terms of the above Consent Order:

Dean G. Sutton, Esquire
*Attorney for Debtor*

By: /s/Dean G. Sutton
    Dean G. Sutton, Esquire        Dated: 06/09/2017

Eamonn O'Hagan, Esquire (USANJ)
*Counsel for U.S. Department of Education*

By: /s/Eamonn O'Hagan
    Eamonn O'Hagan, Esquire (USANJ)    Dated: 06/08/2017

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-29409-RG
Luis Alberto Rodriguez                                                          Chapter 13
Maria Auxiliadora Rodriguez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 16, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2017.
db/jdb         +Luis Alberto Rodriguez,   Maria Auxiliadora Rodriguez,   29 Madison Avenue,
                 Paterson, NJ 07524-1311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2017 at the address(es) listed below:
              Dean G. Sutton    on behalf of Joint Debtor Maria Auxiliadora Rodriguez dgs123@ptd.net
              Dean G. Sutton    on behalf of Debtor Luis Alberto Rodriguez dgs123@ptd.net
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE
               LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Tammy L. Terrell    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for
               DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH
               MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
                                                                                                 TOTAL: 6