| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>DS-1910<br>Attorney for the Debtor | Order Filed on December 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Luis A. & Maria A. Rodriguez | Case No.: 16-29409/RG<br><br>Chapter: 13<br><br>Hearing Date: 12/10/2018<br><br>Judge: RG |

ORDER ON MOTION TO
CANCEL AND DISCHARGE LIEN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 11, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:  Luis A. & Maria A. Rodriguez
Case No.   16-29409/RG
Caption of Order:  Order to Cancel and Discharge Liens

The debtor(s) having filed a Motion to Cancel or Discharge Liens, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

■  The debtor's motion is granted, and the Liens referenced below are hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk with whom the original lien was recorded.

Description of Judgment Lien of State of New Jersey, Division of State Lottery

    a. Lienholder: <u>PYOD, LLC its successors and assigns as assignee of Citibank, SD, NA</u>

    b.  Docket No. <u>DC-000514-14</u>

    c.  Judgment No. <u>VJ-002060-14</u>

    d. Date of Lien:  <u>03/11/2014</u>

    e. Place of Recordation:  <u>Passaic County Special Civil Part</u>

    f. Original Amount of Debt:  <u>$2,001.93</u>

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*