**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Luis Alberto Rodriguez<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6957<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Maria Auxiliadora Rodriguez<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9361<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   16–29409–RG | | |

# Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Luis Alberto Rodriguez                                         Maria Auxiliadora Rodriguez

12/11/18                                                                       **By the court:** Rosemary Gambardella
                                                                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-29409-RG
Luis Alberto Rodriguez                                                  Chapter 13
Maria Auxiliadora Rodriguez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Dec 11, 2018
                              Form ID: 3180W           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.
```
db/jdb        +Luis Alberto Rodriguez,   Maria Auxiliadora Rodriguez,   29 Madison Avenue,
               Paterson, NJ 07524-1311
516440892     +FIA Card Services, NA,   Zwicker & Associates, PC,   1105 Laurel Oak Road,   Ste. 136,
               Voorhees, NJ 08043-4312
516440894     +FIA Card Services, NA,   Forster, Garbus & Garbus,   7 Banta Place,   Hackensack, NJ 07601-5604
516440895     +FIA Card Services, NA,   Nudelman, Klemm & Golub, PC,   425 Eagle Rock Avenue,
               Roseland, NJ 07068-1787
516440893     +FIA Card Services, NA,   Goldman & Warshaw, PC,   P.O. Box 106,   Pine Brook, NJ 07058-0106
516440896     +LVNV Funding, LLC,   Faloni & Associates,   165 Passaic Avenue, Suite 301B,
               Fairfield, NJ 07004-3592
516440897     +Midland Funding, LLC,   Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516662796    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC,    Attn: Bankruptcy Dept.,
                P.O. Box 619096,   Dallas, TX 75261-9741)
516440898     +PYOD, LLC,   Faloni & Associates,   165 Passaic Avenue, Suite 301B,   Fairfield, NJ 07004-3592
516833209     +Select Portfolio Servicing, Inc.,   as servicer for Deutsche Bank National,
               Fein, Such, Kahn & Shepard,   7 Century Road, Suite 201,   Parsippany NJ 07054-4673
516548108     +TD Retail Card Services,   c/o Creditors Bankruptcy Service,   P O Box 800849,
               Dallas, TX 75380-0849
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 12 2018 00:26:21     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2018 00:26:17     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Dec 12 2018 05:08:00      Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,   Norfolk, VA 23541-1021
516510451      EDI: BECKLEE.COM Dec 12 2018 05:04:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
516583783      EDI: BANKAMER.COM Dec 12 2018 05:06:00      Bank of America, N.A.,   PO BOX 31785,
               Tampa, FL 33631-3785
516440891      EDI: CAPITALONE.COM Dec 12 2018 05:06:00      Capital One Bank Usa N,   Po Box 85015,
               Richmond, VA 23285
516444980     +E-mail/Text: bankruptcy@cavps.com Dec 12 2018 00:26:38     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
516580542     +EDI: RESURGENT.COM Dec 12 2018 05:05:00      PYOD, LLC its successors and assigns as assignee,
               of Citibank (South Dakota), N.A.,   Resurgent Capital Services,   PO Box 19008,
               Greenville, SC 29602-9008
516669531      E-mail/Text: jennifer.chacon@spservicing.com Dec 12 2018 00:27:30
               SELECT PORTFOLIO SERVICING, INC.,   P.O. BOX 65250,   SALT LAKE CITY, UT 84165-0250
516665295     +EDI: RMSC.COM Dec 12 2018 05:08:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
516692902      EDI: ECMC.COM Dec 12 2018 05:03:00      US Department of Education,   P O Box 16448,
               Saint Paul MN 55116-0448
                                                                                               TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516440890    ##+Amerifinancial Solutio,   Po Box 7,   Vassar, MI 48768-0007
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Dec 11, 2018
                              Form ID: 3180W           Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
              Dean G. Sutton    on behalf of Joint Debtor Maria Auxiliadora Rodriguez dgs123@ptd.net
              Dean G. Sutton    on behalf of Debtor Luis Alberto Rodriguez dgs123@ptd.net
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE
               LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Tammy L. Terrell    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for
               DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH
               MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
                                                                                            TOTAL: 6
```