UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910
Attorney for the Debtor

**Order Filed on December 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Luis A. & Maria A. Rodriguez

Case No.: 16-29409/RG

Chapter: 13

Hearing Date: 12/10/2018

Judge: RG

ORDER ON MOTION TO
CANCEL AND DISCHARGE LIEN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 11, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:  Luis A. & Maria A. Rodriguez
Case No.  16-29409/RG
Caption of Order:  Order to Cancel and Discharge Liens

    The debtor(s) having filed a Motion to Cancel or Discharge Liens, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

■  The debtor's motion is granted, and the Liens referenced below are hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk with whom the original lien was recorded.

Description of Judgment Lien of State of New Jersey, Division of State Lottery

    a. Lienholder: <u>PYOD, LLC its successors and assigns as assignee of Citibank, SD, NA</u>

    b. Docket No. <u>DC-000514-14</u>

    c. Judgment No. <u>VJ-002060-14</u>

    d. Date of Lien: <u>03/11/2014</u>

    e. Place of Recordation: <u>Passaic County Special Civil Part</u>

    f. Original Amount of Debt: <u>$2,001.93</u>

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:
Luis Alberto Rodriguez
Maria Auxiliadora Rodriguez
       Debtors

Case No. 16-29409-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 11, 2018
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.
db/jdb        +Luis Alberto Rodriguez,   Maria Auxiliadora Rodriguez,   29 Madison Avenue,   Paterson, NJ 07524-1311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:
       Dean G. Sutton     on behalf of Joint Debtor Maria Auxiliadora Rodriguez dgs123@ptd.net
       Dean G. Sutton     on behalf of Debtor Luis Alberto Rodriguez dgs123@ptd.net
       Denise E. Carlon     on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Jill Manzo     on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
       Marie-Ann Greenberg     magecf@magtrustee.com
       Tammy L. Terrell     on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, bankruptcy@feinsuch.com
                                                                       TOTAL: 6