Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−29409−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Luis Alberto Rodriguez | Maria Auxiliadora Rodriguez |
| 29 Madison Avenue | 29 Madison Avenue |
| Paterson, NJ 07524 | Paterson, NJ 07524 |

Social Security No.:
  xxx−xx−6957                                             xxx−xx−9361

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 8, 2019                      Rosemary Gambardella
                                                 Judge, United States Bankruptcy Court